**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

KEVIN REGISTER,

    Plaintiff,

-vs-                                  Case No. 8:05-cv-1433-T-30MAP

PRISON HEALTH SERVICES, et al.,

    Defendants.
_____/

## O R D E R

Plaintiff, a former inmate in the Pasco County Jail proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. On December 8, 2004, the President signed the Omnibus Appropriations Act of 2005. The Act included a provision raising the district court filing fee by $100.00, from $150.00 to $250.00, effective February 7, 2005.[1] Plaintiff has paid $150.00 of the filing fee. *See* Receipt #T033452. *See* Local Rule 1.03(e).[2]

ACCORDINGLY, the Court **ORDERS** that:

---

[1] Copies of the District Court Miscellaneous Fee Schedule, promulgated under 28 U.S.C. 1914, are available on the United States District Court-Middle District of Florida's website, at www.flmd.uscourts.gov. Copies can also be obtained free of charge at the intake counters in each divisional office in the Middle District of Florida.

[2] Petitioner is cautioned that although he is appearing *pro se*, he is required to comply with the Local Rules of the Middle District of Florida and the Federal Rules of Civil Procedure. Failure to do so could result in sanctions, including dismissal of his claims. *See Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir.), *cert. denied*, 493 U.S. 863 (1989). A copy of the Local Rules may be obtained at no charge by mailing a letter to the Clerk's Office. Because the Court cannot pay the mailing costs, you must also provide a self-addressed envelope with $3.95 postage affixed thereto. For your information, the Local Rules measure 8 1/2" x 11" x 1/2". A copy of the Local Rules may be found in the Prison Law Library. They may also be found in <u>Florida Rules of Court</u> available from West Group, 620 Opperman Drive, St. Paul, Minnesota 55164. This book may also be available in the Prison Law Library.

1. Petitioner shall, **on or before September 5, 2005**, either pay the balance due on the filing fee ($100.00) or complete and file an Affidavit of Indigency in accordance with the instructions included therein.

2. The **Clerk** shall mail **two copies** of the court-approved Affidavit of Indigency form to Petitioner. This case number should be affixed to said forms.

3. Failure to comply with this Order within the allotted time shall result in the **dismissal** of this action **without further notice**.

**DONE** and **ORDERED** in Tampa, Florida on August 15, 2005.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copy furnished to:
Plaintiff *pro se*

SA/jsh

F:\Docs\2005\05-cv-1433.order.wpd