**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

KEVIN REGISTER,

    Plaintiff,

v.                                                     Case No.  8:05-cv-1433-T-30MAP

PRISON HEALTH SERVICES, et al.,

    Defendants.
_____/

**ORDER**

    Petitioner, an inmate in a Florida penal institution proceeding *pro se*, filed a Civil Rights Complaint pursuant to 42 U.S.C. § 2983 on August 1, 2005, alleging that his Eighth and Fourteenth Amendment rights were violated because he was denied proper medical treatment.  Dkt. 1.

    Petitioner paid only $150.00 of the $250.00 filing fee.  Although he did file a request to proceed *in forma pauperis*, the document is incomplete (Dkt. 4).  The Court is unable to reach a decision on a request to proceed *in forma pauperis* when the petitioner fails to provide a copy of his inmate trust account for the six month period preceding the filing of his petition.

    Local Rule 1.03(e) (M.D. Fla.) provides that a prisoner case filed without payment of the required filing fee or application to proceed *in forma pauperis* is subject to dismissal within thirty (30) days of the commencement of the action unless the deficiency is corrected.  To correct the deficiency, Petitioner must submit copies of the statements for his inmate trust account statements reflecting activity in the account over the previous six months.

    ACCORDINGLY, the Court **ORDERS** that:

-2-

1. Petitioner shall, within eleven (11) days of the date of this Order, either pay the outstanding $100.00 filing fee or file a statement of his prisoner account reflecting transactions during the past six months, as required by Section VII of the affidavit form.

2. Failure to comply with this order within the allotted time will result in <u>dismissal</u> of the case <u>without further notice</u>. Further extensions of time will not be routinely granted.

**DONE** and **ORDERED** in Tampa, Florida on September 9, 2005.

/s/ James S. Moody, Jr.
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copy furnished to:</u>
Plaintiff *pro se*

SA/jsh